IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00196-REB-KMT

TRACY A. FRYE,

    Plaintiff,

v.

AURORA POLICE OFFICER ALEKSANDER GRAHAM, in his individual and official capacity, and
AURORA POLICE OFFICER ARTURO ZEPEDA, in his individual and official capacity,

    Defendants.

# ORDER

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulated Motion For Dismissal With Prejudice of Defendants Officer Graham and Officer Zepeda and For Substitution of Defendant City of Aurora and To Amend Caption** [#22] filed June 2, 2010. After reviewing the motion and the file, I conclude that the motion should be granted, that defendants, Officer Graham and Officer Zepeda, should be dismissed with prejudice, that the City of Aurora, Colorado should be substituted and joined as a party defendant, and that the case caption should be amended accordingly.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion For Dismissal With Prejudice of Defendants Officer Graham and Officer Zepeda and For Substitution of Defendant City of Aurora and To Amend Caption** [#22] filed June 2, 2010, is **GRANTED**;

2. That plaintiff's claims against defendants, Officer Graham and Officer Zepeda, are **DISMISSED WITH PREJUDICE**; and

3. That the City of Aurora, Colorado is **SUBSTITUTED** and **JOINED** as a party defendant, and that the case caption is amended accordingly.

Dated June 3, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge