IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.09-cv-01599-REB-CBS

IGNA MURIEL-BAUER, a/k/a THAMMY MURIEL BAUER, an individual,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER, d/b/a DENVER PUBLIC SCHOOLS, a Colorado non-profit organization,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#32] filed June 11, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#32] filed June 11, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for July 23, 2010, is **VACATED**;

3. That the jury trial set to commence August 9, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 11, 2010, at Denver, Colorado.

                                                BY THE COURT:

                                                */s/ Bob Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge