IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00196-REB-KMT

TRACY A. FRYE,

    Plaintiff,

v.

CITY OF AURORA, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion For Dismissal** [#24] filed June 10, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal** [#24] filed June 10, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for March 4, 2011, is **VACATED**;

3. That the jury trial set to commence March 21, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 11, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge